IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>and<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>　　　　　　　　　　Defendants. | Case No. 1:21-cv-10486-JGD |

NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c)(1), Sameer Ahmed hereby notifies the parties and the Court of his withdrawal as counsel for Plaintiff. Plaintiff's remaining counsel, as reflected on the Court's docket, continue in representation of Plaintiff.

Dated: July 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

1

By: /s/ *Sameer Ahmed*
Sameer Ahmed (BBO# 688952)
HARVARD IMMIGRATION AND
REFUGEE CLINICAL PROGRAM
HARVARD LAW SCHOOL
6 Everett Street, Wasserstein 3103
Cambridge, Massachusetts 02138
Telephone: 617.384.0088
sahmed@law.harvard.edu

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

Dated: July 14, 2023

>Respectfully submitted,
>
>By: /s/ Sameer Ahmed
>Sameer Ahmed (BBO# 688952)
>HARVARD IMMIGRATION AND
>REFUGEE CLINICAL PROGRAM
>HARVARD LAW SCHOOL
>6 Everett Street, Wasserstein 3103
>Cambridge, Massachusetts 02138
>Telephone: 617.384.7504
>    sahmed@law.harvard.edu