IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM,

                         Plaintiff,

    v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

UNITED STATES CUSTOMS AND BORDER PROTECTION,

UNITED STATES DEPARTMENT OF JUSTICE,

and

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

                         Defendants.

Case No. 1:21-cv-10486-JGD

**STIPULATION OF DISMISSAL**

      Plaintiff Harvard Immigration and Refugee Clinical Program ("Plaintiff") and Defendants U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), U.S. Department of Justice ("DOJ"), and the Executive Office for Immigration Review ("EOIR"), (collectively "the Parties"), by and through their respective counsel, hereby stipulate to the dismissal of this action in its entirety and

with prejudice pursuant to Federal Rule of Civil Procedure 41(a) following the Parties' entry into a Settlement Agreement on or about September 9, 2024. Each Party shall bear their own costs and fees except as otherwise provided in the Settlement Agreement.

This Court shall retain jurisdiction over the litigation only for the purpose of enforcing the Settlement Agreement. Any action to enforce the Settlement Agreement must be commenced within 120 days of the execution of the Settlement Agreement, absent mutual agreement of the Parties or exceptional circumstances that could not be anticipated or avoided. An example of such a circumstance that would potentially justify extending the 120 day period would be a shutdown of the federal government.

DATED: September _12_, 2024

_____
SABRINEH ARDALAN
Harvard Immigration and Refugee Clinical Program
Harvard Law School
6 Everett Street, Suite 3103
Cambridge, Massachusetts 02138
(617) 384-7504
sardalan@law.harvard.edu
*Attorney for Plaintiff*

DATED: September 6, 2024

_____
THOMAS KANWIT
Assistant United States Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3404
Thomas.Kanwit@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

      I, Sabrineh Ardalan, counsel for Plaintiff, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  September 12, 2024        By:    */s/ Sabrineh Ardalan*
                                                            Sabrineh Ardalan
                                                            Harvard Immigration and
                                                               Refugee Clinical Program