UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 21-10486-JGD |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

DEIN, U.S.M.J.

In accordance with the parties' Stipulation of Dismissal (Docket No. 58), it is hereby

ORDERED that the above-entitled action is hereby dismissed in its entirety and with prejudice.

Each party shall bear their own costs and fees except as otherwise provided in the Settlement

Agreement.

BY THE COURT,

/ s / Katherine Thomson
By:  Deputy Clerk

DATED:  September 20, 2024